Lucille SMITH v. CITY OF EAST LIVERPOOL, OHIO.
No. 5846.

Circuit Court of Appeals, Sixth Circuit.
Jan. 8, 1932.

1074

Charles Boyd, of East Liverpool, Ohio, for appellant.

Ben L. Bennett and Walter S. Stevenson, both of East Liverpool, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.